UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF LILLY PERRY, TAMAR PERRY, GAL GREENSPOON-PERRY, DAN GREENSPOON, RON GREENSPOON, AND M.G., A MINOR CHILD ACTING THROUGH HER FATHER HAGAI GREENSPOON, FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. _____<br>ECF Case |

## EX PARTE PETITION

Applicants Lilly Perry, Tamar Perry, Gal Greenspoon-Perry, Dan Greenspoon, Ron Greenspoon, and M.G., a minor through her father Hagai Greenspoon (also referred to herein collectively as the "Perry Family Members"), hereby apply for an order of judicial assistance, pursuant to 28 U.S.C. § 1782, appointing Eric L. Lewis, Esq., as a Commissioner of the Court to facilitate the issuance of subpoenas and the gathering of documentary evidence from the following individual and entities in this district: (1) Adrian L. Mackay; (2) GreetnWin.com Inc.; (3) Solid ISG Capital US Inc.; (3) Marcum LLP; and (5) Sanford C. Bernstein & Co., LLC.

The requested relief is for the purpose of obtaining limited, but important, discovery for use in connection with a foreign proceeding – an ongoing criminal complaint and investigation in the Principality of Liechtenstein, in which the Perry Family Members are complainants. The grounds for this Application are set forth in the accompanying Memorandum of Law in Support of Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 and the Declaration of Tamar Perry.

                                        Respectfully submitted,

Dated:  January 31, 2019                   /s/

                                        Eric L. Lewis (EL-0038)
                                        LEWIS BAACH KAUFMANN
                                        MIDDLEMISS PLLC
                                        1101 New York Avenue, NW, Suite 1000
                                        Washington, DC 20005
                                        Tel: (202) 833-8900
                                        Fax: (202) 466-5738
                                        Eric.Lewis@lbkmlaw.com

                                        *Counsel for Applicants*